# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 3:12-CR-067-RCJ<br>) |
| v. | ) ORDER TO CONTINUE HEARING ON MOTION TO<br>) SEVER AND MOTION TO DISMISS TO<br>) NOVEMBER 19, 2012 |
| KAREN LYNN GALE, | ) |
| Defendant. | )<br>) |

    COMES NOW, the United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and James E. Keller, Assistant United States Attorney, and moves this Honorable Court for a continuance of the hearing set on the pending motion to sever and motion to dismiss, or in the alternative for a bill of particulars, in the above-captioned case. Defense counsel, Mr. Atcheson, kindly advises that he has no objection to this request for continuance.

    A hearing was initially scheduled for August 27, 2012, as to this defendant's motions. On August 22, 2012, Ms. Gale, through her counsel, filed a motion to continue [102] the hearing to a date after October 15, 2012, to have more time to prepare, and for the filing of any additional motions deemed appropriate by counsel. The government had no objection to the motion and believe there were grounds to exclude time under the Speedy Trial Act, whether or not the Court identified the case as "complex" under 18 U.S.C. § 3161(h)(7)(B)(ii). The Court granted that motion and set a hearing date of October 29, 2012 at 3:00 p.m.         The undersigned is scheduled to be out of state to celebrate his first anniversary October 26, 2012 through November 5, 2012. Respectfully, the undersigned asks this Court to consider continuing the hearing on the pending motions to November 19, 2012, at 9:00 a.m., a date and time which appears to be available. In addition, the Court may wish to consider at that hearing any additional filings

that have been submitted in this case, such as documents 112 and 113 which were filed within the past week.

    Dated this 3rd day of October, 2012.         Respectfully submitted,

                                                  DANIEL G. BOGDEN
                                                  United States Attorney

                                                  _____/s/_____
                                                  JAMES E. KELLER
                                                  Assistant U.S. Attorney

ORDER

 IT IS SO ORDERED THIS 17th DAY OF OCTOBER, 2012.

_____
ROBERT C. JONES
Chief Judge